# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 13 CV 03030
Anjinnette Barrett, et al. v. Irene Downes, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All defendants

| | |
|---|---|
| NAME (Type or print) Steven E. Glink | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Steven E. Glink | |
| FIRM Law Offices of Steven Glink | |
| STREET ADDRESS 3338 Commeriail Avenue | |
| CITY/STATE/ZIP Northbrook, Illinois 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6160869 | TELEPHONE NUMBER 847-480-7749 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |