# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Anjinette Barrett, et al.
       Plaintiff,

v.              Case No.: 1:13−cv−03030
                Honorable Robert M. Dow, Jr

Irene Downes, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10,2013:

  MINUTE entry before Honorable Mary M. Rowland:Settlement conference held on 9/10/2013. The Parties have reached an agreement. The case is set for status on 10/15/2013 at 09:00 AM. this date will be stricken when a stipulation to dismiss is filed. Th e Parties have consented to the jurisdiction of the Magistrate Judge. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.